1 Rick Lawton, Esq.
2 State Bar # 00694
3 Law Office of Rick Lawton Esq. P.C.
4 1460 Hwy 95A North, Suite One
5 Fernley, Nevada 89408
6 (775) 575 2208
7 (775) 575 2406 –fax
8 Attorney for Plaintiff
9

10 UNITED STATES DISTRICT COURT

11 DISTRICT OF NEVADA

12

| | |
|---|---|
| STEVEN MEYER,<br><br>*Plaintiff,*<br>vs.<br><br>CTX MORTGAGE COMPANY. LLC a Limited Liability Company State of Delaware; JENNIFER JOHNSON, individually; CAMMI AMESCA, individually; TIMOTHY M. BARTOSH, individually; WILLIAM B. NARYKA, individually; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; CHASE HOME FINANCE, LLC; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES ; FIRST AMERICAN TITLE INSURANCE COMPANY; DOCUMENT PROCESSING SOLUTIONS; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action.<br><br>*Defendants.* | Case No.: 3:10-cv-0270-RCJ-VPC<br><br>**STIPULATION AND ORDER**<br><br>**TO DISMISS WITH PREJUDICE** |

13
14      IT IS HEREBY STIPULATED, by and between Plaintiff STEVEN MEYER, by and

15 through his counsel of record RICK LAWTON, Esq, Defendant CTX MORTGAGE

16 COMPANY, LLC., TIMOTHY M. BARTOSH and WILLIAM B. NARYKA by and through

17 its counsel of record, COLT B. DODRILL, Esq., Defendant MORTGAGE ELECTRONIC

18 REGISTRATION SYSTEMS, INC., by and through its counsel of record, J. CHRISTOPHER

1

JORGENSEN, Esq., Defendant JPMORGAN CHASE BANK, N.A., successor by merger to CHASE HOME FINANCE, LLC, by and through its counsel of record, JAY EARL SMITH, Esq., and Defendant FIRST AMERICAN LONESTAR TRUSTEE SERVICES, LLC., by and through its counsel of record, DONNA M. OSBORN, Esq., that all of Plaintiff's claims and causes of action against all Defendants be dismissed with prejudice. That Plaintiff voluntarily dismisses the lawsuit with prejudice as against all other named Defendants pursuant to Fed.R.Civ.P. 41(a), and the lawsuit shall be deemed closed.

IT IS HEREBY FURTHER STIPULATED AND AGREED that all Parties will each bear their own attorneys' fees and costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Notice of Lis Pendens recorded on April 6, 2010 as Document number 3868620 of the Official Records of Washoe County, Nevada is hereby expunged.

Dated: September 22, 2011                                Dated: September 22, 2011

LAW OFFICE OF RICK LAWTON, P.C.            WOLFE WYMAN, LLC

\_\_\_/S/RICK LAWTON ESQ.\_\_\_\_\_                          /S/COLT B. DODRILL ESQ.\_\_
**RICK LAWTON**, Esq.                                         **COLT B. DODRILL**, Esq.
1460 Hwy 95A North, Suite One                          980 Kelly Johnson Drive, Suite 140
Fernley, NV 89408                                              Las Vegas, NV 89119
775 575 2208                                                     (702) 476-0100
Attorney for Plaintiff                                           Attorney for Defendants, CTX Mortgage
                                                                         Company, LLC., Timothy M. Bartosh and
                                                                         William B. Naryka

| | |
|---|---|
| Dated: September 22, 2011 | Dated: September 22, 2011 |
| LEWIS AND ROCA LLP | SMITH LARSEN & WIXOM |
| __/S/ J. CHRISTOPHER JORGENSEN, ESQ. | __JOSEPH T. PRETE ESQ.__ |
| **J. CHRISTOPHER JORGENSEN,** Esq. | **JOSEPH T. PRETE**, Esq. |
| 3993 Howard Hughes Parkway, Suite 600 | 1935 Village Center Cr |
| Las Vegas, NV 89169 | Las Vegas, NV 89134 |
| 702-385-3373 | 702-252-5002 |
| Attorney for Defendant, MERS | Attorney for Defendant, JPMorgan Chase Bank, N.A. successor by merger to Chase Home Finance, LLC |

Dated: September 22, 2011

WRIGHT FINLAY & ZAK, LLP


__/S/ DONNA M. OSBORN ESQ.____
**DONNA M. OSBORN**, Esq.
5532 S. Fort Apache Road, Suite 110
Las Vegas, NV 89148
Attorney for Defendant, Aztec
Foreclosure Corporation

## **ORDER**

**IT IS SO ORDERED.**

DATED this 29th day of September, 2011.

_____
DISTRICT COURT JUDGE

3