# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN MEYER, | |
| Plaintiff, | Case No.: 3:10-cv-00270-RCJ-VPC |
| vs. | |
| CTX MORTGAGE CO., LLC et al., | **ORDER** |
| Defendants. | |

This case arises out of the foreclosure of Plaintiff's mortgage. The Complaint lists thirteen causes of action. Pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multidistrict Litigation ("JPML") transferred the case to the District of Arizona (MDL No. 2119), but severed and remanded all causes of action unrelated to the formation and operation of Mortgage Electronic Registration Systems, Inc. ("MERS") to this Court. The JPML gave no further guidance as to which causes of action were transferred and which were remanded. The MDL judge began issuing periodic "partial remand orders" in groups of cases indicating those causes of action he believed had been remanded to transferor courts by the JPML, and this Court deferred to the MDL judge's determinations in this regard so as to avoid conflicting rulings. In the partial remand order addressing the present case, the MDL judge determined that the certain causes of action had been remanded to this Court. The parties stipulated to dismissal of the

remanded claims, and the Court approved the stipulation and release of lis pendens. The Court of Appeals has separately affirmed the MDL court's dismissal of Plaintiffs' transferred claims.

One Defendant has now asked the Court to enter a new order expunging the lis pendens, noting that the previous stipulation of dismissal and expungement order identified the incorrect document number of the lis pendens. Plaintiff has not timely responded.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Expunge Lis Pendens (ECF No. 78) is GRANTED, and the lis pendens recorded as Document No. 3868150 in the Washoe County Recorder's Office is EXPUNGED.

IT IS SO ORDERED.

Dated this 26th day of August, 2014.

_____
ROBERT C. JONES
United States District Judge